UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE K. ALDEN, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-05-1735 |
| | : |
| JOSEPH V. SMITH, et al., | : (Judge Kosik) |
| | : |
| Defendants | : |

## **O R D E R**

**NOW, THIS 19th DAY OF MARCH, 2007,** upon consideration of Defendants' Motion to Depose Plaintiff (Doc.92), **IT IS HEREBY ORDERED THAT** the motion is **granted**. Defendants may take Plaintiff's deposition at a time and place subject to the approval of the warden or other appropriate official at Plaintiff's present place of incarceration.

                                                       s/Edwin M. Kosik
                                      United States District Judge